NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-7146

JERRY R. QUIGLEY,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 07-3775, Judge Alan G. Lance, Sr.

ON MOTION

ORDER

Upon consideration of appellee's unopposed motion for a 60-day extension of time, until May 14, 2010, to file its response brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

MAR 1 6 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Gary L. Beaver, Esq.
    Allison Kidd-Miller, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 6 2010

JAN HORBALY
CLERK